MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Argued April 12, 1945; decided May 24, 1945.

*Lewis F. X. Cotignola, William C. Goodson* and *Louis E. Silvey* for appellant.

*Lawrence Levine* for respondents.

Judgment affirmed, with costs; no opinion. [See 294 N. Y. 980.]

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.